# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0522. KALAHNA FRAILS v. ALBERT CARTER et al.

Kalahna Frails filed suit against Albert Carter and AAA Cooper Transportation, Inc. Frails moved for spoliation sanctions, and the trial court denied the motion on July 15, 2024. Frails obtained a certificate of immediate review on July 25, 2024, and she filed a notice of appeal in the trial court on August 5, 2024. We, however, lack jurisdiction.

Because the action remains pending below, Frails was required to comply with OCGA § 5-6-34 (b), the interlocutory appeal statute, in order to appeal. See *Buckner-Webb v. State*, 314 Ga. 823, 827 (2) (a) (878 SE2d 481) (2022). That statute requires the filing of an application "with the clerk of the Supreme Court or the Court of Appeals" within 10 days of obtaining a certificate of immediate review. Here, however, Frails did not file an application for interlocutory appeal in this Court; she filed a notice of appeal in the trial court.

> [T]he interlocutory appeal statute is not a run-of-the-mill procedural provision. It is a *jurisdictional* law by which the General Assembly has limited the authority of Georgia's appellate courts to hear certain cases. Thus, when the order appealed from is an interlocutory order, the appellate court does not acquire jurisdiction unless the procedure of OCGA § 5–6–34 (b) for interlocutory appeal is followed.

*Eidson v. Croutch*, 337 Ga. App. 542, 543 (788 SE2d 129) (2016) (citations and punctuation omitted; emphasis supplied).

Because Frails did not comply with the jurisdictional requirements of OCGA § 5-6-34 (b), we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*__10/31/2024_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*